UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SIGNET FINANCIAL GROUP, a division of Signet Capital Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN COMMON, et al.,<br><br>          Defendants. | NO. CIV. 2:01-1091 WBS EFB<br><br><u>ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON AUTOMATIC STAY OF ACTION</u> |

----oo0oo----

Pursuant to the Notice of Filing Bankruptcy and Automatic Stay filed by defendants John Common, Warranty USA Inc, Warranty & Financial, Consumer Financial, Marketing Solutions on March 15, 2002 (Docket No. 22), this action has been stayed. The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon the parties' notification to the Court of the termination of the bankruptcy action or relief from the automatic stay and order of this court.

///

///

1

1  DATED:   October 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE